[No. 2354-1.    Division One.    March 31, 1975.]

WASHINGTON STATE DAIRY PRODUCTS COMMISSION, *Respondent*, v. CARLO GUALTIERI *et al, Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 756576, Norman B. Ackley, J., entered June 13, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by Callow and Andersen, JJ.

[No. 2510-1.    Division One.    March 31, 1975.]

BERING SEA PROCESSORS, INC. *et al, Appellants*, v. HAROLD A. DAUBENSPECK *et al, Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 746151, Erle W. Horswill, J., entered September 6, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 2560-1.    Division One.    March 31, 1975.]

*In the Matter of the Estate of* EVELYN MCGAW VAN PATTEN, *Deceased.*

Appeal from a judgment of the Superior Court for King County, No. E-214882, Eugene G. Cushing, J. Pro Tem, entered October 9, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 2819-1.    Division One.    March 31, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD PAUL EMERY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 65215, David C. Hunter, J., entered January 31, 1974. *Dismissed* by unpublished per curiam opinion.

[No. 1200-2.    Division Two.    March 31, 1975.]

ROBERT L. CURTICE, *as Adminstrator, Appellant*, v. BRIAN RICHARD BREHMEYER, *Respondent.*

Appeal from a judgment of the Superior Court for Mason County, No. 11307, Gerry L. Alexander, J., entered August 16, 1973. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Armstrong, C.J., and Petrie, J.